UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JERMAINE D. HEFLIN,

        Plaintiff,            Case No. 1:24-cv-522

v.                                  Honorable Phillip J. Green

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUR PREJUDICE** as duplicative and, therefore, frivolous under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  October 10, 2024              /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge